O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD, ) | CASE NO. CV 09-04874 GW (RZ) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| MR. SUNIGA, ET AL., ) | |
| Defendants. ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice as to Sheriff Baca and without prejudice as to the other never-served defendants.

DATED: August 24, 2010

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE